# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00531-CV

**Sandra Cardenas, Appellant**

**v.**

**Guillermo Cardenas, Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 02-773-FC1, HONORABLE TAMARA ARRINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal is overdue. The trial court clerk's office has reported that appellant Sandra Cardenas has failed to pay or make arrangements to pay for the clerk's record. This Court sent a notice to Ms. Cardenas on January 12, 2012, requesting that she make arrangements to pay for the clerk's record and submit a status report regarding this appeal to this Court by January 23, 2012, or risk dismissal of this appeal. To date, the clerk's record has not been filed, and Ms. Cardenas has not filed any response in this Court. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   February 29, 2012